# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

Abdul Afiz

    v.                                                     Case Number - 08-4119-CV-C-SOW

Matt Blunt

\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

-    by order of July 18, 2008, the Report and Recommendation of June 17, 2008, is adopted. It is further ORDERED that plaintiff's motion for leave to proceed in forma pauperis is denied and his claims are dismissed, without prejudice, pursuant to 28 U.S.C. section 1915(g).

ENTERED ON: July 21, 2008

July 21, 2008  
Date

                              Patricia L. Brune  
                              Court Executive

                              /s/ J Russel  
                              J Russel  
                              (By) Deputy Clerk